| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

April Scarlott, § 
§ 
       Plaintiff, § 
§ 
versus §     Civil Action H-10-4865
§ 
Nissan North America, Inc., et al., § 
§ 
       Defendants. §

## Order Denying Production

Nissan North America's motion to compel production is denied. (4)

Signed on December 14, 2010, at Houston, Texas.

                                              Lynn N. Hughes
                                      United States District Judge