IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APRIL SCARLOTT | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:10−cv−04865 |
| vs. | § | |
| | § | |
| | § | |
| NISSAN NORTH AMERICA, INC., | § | |
| NISSAN MOTOR ACCEPTANCE | § | |
| CORP., CLEAR LAKE NISSAN, and | § | |
| HURRICANE GLASS, | | |
| Defendant | | |

PLEASE TAKE NOTICE that Plaintiff April Scarlott hereby enters the appearance of Noah D. Radbil; Weisberg & Meyers, LLC as co-counsel of record, and you are notified that the service of all further pleadings, notices, documents, or other papers should also be made upon Plaintiff by serving the undersigned attorney at the address below. Request is also made of the Clerk of the Court to add Mr. Radbil to the ECF Distribution list with the email address noah.radbil@AttorneysForConsumers.com.

    Respectfully submitted,

    s/ Noah D. Radbil
    Noah D. Radbil
    Texas Bar No. 2407101
    noah.radbil@attorneysforconsumers.com
    WEISBERG & MEYERS, LLC
    5025 North Central Ave., #602
    Phoenix, AZ 85012
    (602) 445-9819
    (866) 565-1327 (fax)

## CERTIFICATE OF SERVICE

I certify that on December 22, 2010, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court. Courtesy copies of the same date were delivered to and Counsel for Defendant by email.

Jeffrey Patterson
Hartline, Dacus, Barger, Dreyer, & Kern LLP
6688 North Central Expressway, Suite 1000
Dallas TX 75206

                                                                    /s/ Noah D. Radbil
                                                                       Noah D. Radbil