UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APRIL SCARLOTT, <br>   Plaintiff, | § § § | CIVIL ACTION NO. 4:10-cv-04865 |
| V. | § § § | |
| NISSAN NORTH AMERICA, INC., <br> NISSAN MOTOR ACCEPTANCE CORP., <br> CLEAR LAKE NISSAN, AND <br> HURRICANE GLASS, <br>   Defendants. | § § § § § | |

## CLEAR LAKE NISSAN'S CORPORATE DISCLOSURE STATEMENT

Clear Lake Nissan is an assumed name for Clear Lake N. Auto Sales, L.P. The general partner for the limited partnership is Roundtree Texas Management, L.L.C.

             Respectfully submitted,

OF COUNSEL: <br>
DANIEL C. PAPPAS, P.C.

             /s/ Daniel C. Pappas <br>
             BY: DANIEL C. PAPPAS <br>
             ATTORNEY-IN-CHARGE <br>
             TBA # 15454500, ADM # 4865 <br>
             4615 Southwest Freeway, Suite 600 <br>
             Houston, Texas 77027 <br>
             (713) 621-5222 <br>
             Telefax (713) 621-7094 <br>
             Email: dcp@dcplaw.net <br>
             ATTORNEY FOR DEFENDANT, <br>
             CLEAR LAKE NISSAN

## CERTIFICATE OF SERVICE

I certify that on the 30th day of December, 2010, the above pleading was filed via the Court's electronic notification system and that all counsel of record who are deemed to have consented to electronic service are being served with the copy of this document via the Court's electronic notification system.

/s/ Daniel C. Pappas
DANIEL C. PAPPAS