| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

*April Scarlett*

versus

*Nissan North America, et al.*

Civil Action 4: 10-4865

## Conference Memorandum

**Counsel:**
Daniel Pappas
Christopher Bock
Jeffrey Patterson
Noah Radbil

**Representing:**
D. Clear Lake Nissan
D. Nissan Motor Acceptance
D. Nissan North America
P. Scarlot

Date: January 5, 2011

Started: 9:33 am

Reporter: Dye

Ended: 10:53 am

At the conference, these rulings were made:

☑ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 201__.
☐ A hearing is set for: _____ on _____, 201__.
☐ Trial preparation to be completed by: _____, 201__.
☐ A trial is set for: _____ on _____, 201__.
    ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 201__.
☑ Internal review deadline: January 10, 2011.

Lynn N. Hughes
United States District Judge