| | | |
|---|---|---|
| April Scarlott, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-10-4865 |
| | § | |
| Nissan North America, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## Scheduling Order

1. By 3:00 p.m. on January 6, 2011, April Scarlott will do these things.

   • File a two-page brief that explains how a holder in due course is liable for a defect in equipment.

   • Tell the court:
      • If she owns another car, and if so, its model;
      • Her highest level of education; and
      • What she does for a living.

2. By January 10, 2011, Scarlott will tell the court if she wants to proceed with additional claims to these:
      • Breach of contract against Clear Lake Nissan; and
      • Breach of warranty against Nissan North America, HomeLink, and Hurricane Glass.

Signed on January 5, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge