UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

April Scarlott, §
§
        Plaintiff, §
§
versus §      Civil Action H-10-4865
§
Nissan North America, Inc., *et al.*, §
§
        Defendants. §

# Order

By noon on January 13, 2011, Scarlott will tell the court the mileage on the car.

Signed on January 11, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge