# UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| April Scarlott | § § | |
| *versus* | § § | Civil Action 4:10−cv−04865 |
| Nissan North America, Inc., et al. | § § | |

## NOTICE OF UNAVAILABILITY

TO:  CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD


NOTICE IS HEREBY GIVEN that Mr. Noah Radbil has been ill for the recent weeks, and the illness took an unexpected turn and worsened late last week and over the weekend. He is currently hospitalized and awaiting further diagnosis. It is not yet known when he will be able to resume normal activities so it is requested the Court vacate and continue the March 30, 2011 Pretrial Conference and reschedule said Conference no sooner than 30 days.  It is also requested that opposing counsels not schedule any appearances and that opposing counsels not serve anything in that same interim. Should Mr. Radbil need additional time, a separate request will be made.


Dated:  March 23, 2011.                                      WEISBERG AND MEYERS, LLC

                                                                                          By:   s/ Dennis R. Kurz
                                                                                                   Dennis R. Kurz
                                                                                                   Texas Bar No. 24068183
                                                                                                   Southern District Bar No. 1045205
                                                                                                   dkurz@attorneysforconsumers.com

WEISBERG & MEYERS, LLC
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, Texas 77002
Telephone:  (888) 595-9111
Facsimile:  (866) 317-2674

*Attorneys-in-Charge for the Plaintiff
April Scarlott*

CERTIFICATE OF SERVICE

      I certify that on March 23, 2011, the foregoing was filed through the Court's EM/ECF system and was served upon all attorneys to be noticed.

Giovanna Tarantino Bingham
Hartline Dacus et al.
6688 N Central Expressway
Ste 1000
Dallas, TX 75206
214-346-3784
Fax: 214-267-4284
Email: gtarantino@hdbdk.com

Jeffrey S Patterson
Hartline Dacus et al.
6688 N Central Expressway
Ste. 1000
Dallas, TX 75206
214-369-3701
Fax: 214-369-2118
Email: jpatterson@hdbdk.com

Paul F Schuster
Locke Lord et al.
2200 Ross Ave
Ste. 2200
Dallas, TX 75201-6776
214-740-8536
Email: pschuster@lockeliddell.com

Christopher Michael Boeck
Locke Lord et al.
2200 Ross Ave
Ste. 2200
Dallas, TX 75201
214-740-8482
Email: cboeck@lockelord.com

Daniel C Pappas
Attorney at Law
4615 S W Fwy
Ste. 600
Houston, TX 77027
713-621-5222
Fax: 713-621-7094
Email: dcp@dcplaw.net