UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| April Scarlott, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-10-4865 |
| | § | |
| Nissan North America, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## Order Denying Continuance

April Scarlott has three attorneys. Because only one of her attorneys is sick, her motion to reschedule the conference set for March 30, 2011, is denied. (47)

Signed on March 24, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge