IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APRIL SCARLOTT | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-04865 |
| | § | |
| NISSAN NORTH AMERICA, INC., | § | |
| NISSAN MOTOR ACCEPTANCE | § | |
| CORP., CLEAR LAKE NISAN, and | § | |
| HURRICANE AUTO CARE & | § | |
| ACCESSORIES, INC. | § | |

## DEFENDANT HURRICANE AUTO CARE & ACCESSORIES, INC.'S FIRST AMENDED CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hurricane Auto Care & Accessories, Inc. ("Hurricane") files the following First Amended Corporate Disclosure Statement. Defendant reserves the right to supplement this certificate as needed.

There is no parent corporation or publicly held corporation owning 10% or more of Hurricane's stock.

                                                                                       **LESLIE WM. ADAMS & ASSOCIATES**

Date: April 6, 2011

                                                                    Leslie Wm. Adams
                                                                    Texas Bar No. 00869810
                                                                    Fed No. 588126
                                                                    3900 Essex Lane, Suite 1111
                                                                    Houston Texas 77027
                                                                    713-728-6360 (Voice)
                                                                    713-728-6366 (Facsimile)
                                                                    LWA@LeslieWmAdams.com (Email)
                                                                    **ATTORNEYS FOR DEFENDANT HURRICANE AUTO CARE & ACCESSORIES, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2011, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

| | |
|---|---|
| Giovanna Tarantino Bingham<br>Jeffrey S. Patterson<br>Hartline Dacus et al.<br>6688 N Central Expressway, Suite 1000<br>Dallas, Texas 75206<br>Phone: 214-346-3784<br>Fax: 214-369-2118<br>**Attorneys for Nissan North America, Inc.** | Paul F. Schuster<br>Christopher Michael Boeck<br>Lock Lord Bissell & Liddell<br>2200 Ross Ave, Suite 2200<br>Dallas, Texas 75201<br>Phone: (214) 740-8536<br>Fax: (214) 740-8800<br>**Attorneys for Defendant Nissan Motor Acceptance Corp.** |
| Noah D. Radbil<br>Weisberg & Meyers, LLC<br>1200 Smith St., 16th Floor<br>Houston, Texas 77002<br>Phone: (888) 595-9111 ext. 275<br>Fax: (866) 565-1327<br>**Attorney for Plaintiff April Scarlott** | Douglas M. Walla<br>Henslee Schwartz LLP<br>3200 Southwest Freeway, Suite 1200<br>Houston, Texas 77027<br>Phone: (713) 552-1693<br>Fax: (713) 552-1697<br>**Attorney-in-charge for Defendant Clear Lake Nissan** |

Date: April 6, 2011

Leslie Wm. Adams
Fed. Id. No. 588126
Texas Bar No. 00869810
Robert A. Juarez, Jr.
Texas Bar No. 24065528
3900 Essex Lane, Suite 1111
Houston Texas 77027
713-728-6360 (Phone)
713-728-6366 (Facsimile)
LWA@LeslieWmAdams.com (Email)