# EXHIBIT "A"

EXHIBIT "A"

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____    Contract Number _____

BUYER: APRIL C SCARLOTT
ADDRESS: 4738 CAVERN DR
CITY: FRIENDSWOOD    STATE: TX    ZIP: 77546
PHONE: (281)461-1000

SELLER/CREDITOR: CLEAR LAKE NISSAN
ADDRESS: 2150 GULF FREEWAY SOUTH
CITY: LEAGUE CITY    STATE: TX    ZIP: 77573
PHONE: (281)557-5300

CO-BUYER: _____
ADDRESS: _____
CITY: _____   STATE: _____   ZIP: _____
PHONE: _____

The Buyer is referred to as "you" or "your." The Seller is referred to as "we" or "us." This contract may be transferred by the Seller.

**PROMISE TO PAY:** The credit price is shown below as the "Total Sales Price." The "Cash Price" is also shown below. By signing this contract, you choose to purchase the vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge, and any other charges in this contract. You agree to make payments according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.

You have thoroughly inspected, accepted, and approved the vehicle in all respects.

## VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | | USE FOR WHICH PURCHASED |
|---|---|---|---|---|---|
| 2006 | NISSAN | MURANO | JN8AZ08T36W410083 | ☒ NEW ☐ DEMONSTRATOR ☐ FACTORY OFFICIAL/EXECUTIVE ☐ USED | ☒ PERSONAL, FAMILY, OR HOUSEHOLD ☐ BUSINESS OR COMMERCIAL ☐ AGRICULTURAL |

Trade-in: Year ___ Make ___ Model ___ VIN ___ License No. ___

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $4000.00 |
|---|---|---|---|---|
| 4.00 % | $ 3405.91 | $ 31893.09 | $ 35289.00 | $ 39289.00 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $ 588.15 | Monthly beginning 02/09/2007 |
| | N/A | Or as follows |

**Late Charge:** If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.
**Prepayment.** If you pay all that you owe early, you will not have to pay a penalty.
**Security Interest.** We will have a security interest in the vehicle being purchased.
**Additional Information:** See this document for more information about nonpayment, default, security interests, and any required repayment in full before the scheduled date.

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including any accessories, services, taxes, _____ $ N/A
   SALES TAX 2611.25, N/A _____ $ N/A
   N/A N/A , and N/A _____ $ N/A ) $ 34191.25  (1)
2. Total Downpayment = (if negative, enter "0" and see Line 4A below)
   Gross Trade-In                          $ N/A
   - Pay Off Made By Seller                $ N/A
   = Net Trade In                          $ N/A
   + Cash                                  $ 4000.00
   + Mfrs. Rebate                          $ N/A
   + Other (describe) N/A                  $ N/A
   Total Downpayment                       $ 4000.00  (2)
3. Unpaid Balance of Cash Price (1 minus 2) $ 30191.25  (3)

**PROPERTY INSURANCE.** You must keep the collateral insured against damage or loss in the amount you owe. You must keep this insurance until you have paid all that you owe under this contract. You may obtain property insurance from anyone you want or provide proof of insurance you already have. The insurer must be authorized to do business in Texas. You agree to give us proof of property insurance. You must name us as the person to be paid under the policy in the event of damage or loss.

If any insurance is checked below, policies or certificates from the insurance companies will describe the terms, conditions, and deductibles.

### Optional Credit Life and Credit Disability Insurance

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

☐ Credit Life, one buyer      $ N/A   Term N/A
☐ Credit Life, both buyers    $ N/A   Term N/A
☐ Credit Disability, one buyer $ N/A   Term N/A
☐ Credit Disability, both buyers $ N/A Term N/A

N/A
(Insurance Company)

N/A
(Home Office Address)

Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.
If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | $ 588.15 | Monthly beginning 02/09/2007 |
|  | N/A | Or as follows |

**Late Charge:** If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.
**Prepayment.** If you pay all that you owe early, you will not have to pay a penalty.
**Security Interest.** We will have a security interest in the vehicle being purchased.
**Additional Information:** See this document for more information about nonpayment, default, security interests, and any required repayment in full before the scheduled date.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including any accessories, services, taxes, _____
   SALES TAX  2011.25,  N/A            $N/A
   N/A         N/A       , and N/A     $N/A  ) $34191.25 (1)

2. Total Downpayment = (if negative, enter "0" and see Line 4A below)
   Gross Trade-In ............................. $ N/A
   − Pay Off Made By Seller ................. $ N/A
   = Net Trade In ............................. $ N/A
   + Cash ...................................... $ 4000.00
   + Mfrs. Rebate ............................. $ N/A
   + Other (describe) N/A ................... $ N/A
   Total Downpayment ........................ $ 4000.00 (2)

3. Unpaid Balance of Cash Price (1 minus 2) ..... $30191.25 (3)

4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts.):
   A. Net trade-in payoff to N/A .............. $ N/A
   B. Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
      Life       $ N/A
      Disability $ N/A                        $ N/A
   C. Other Insurance Paid to the Insurance Company  $ N/A
   D. Official Fees Paid to Government Agencies $ 10.00
      1) N/A    for N/A                       $ N/A
      2) N/A    for N/A                       $ N/A
      3) N/A    for N/A                       $ N/A
   E. Dealer's Inventory Tax (if Not Included in Cash Price) $ 81.29
   F. Sales Tax (if Not Included in Cash Price)  $ N/A
   G. Other Taxes (if Not Included in Cash Price) $ N/A
   H. Government License and/or Registration Fees
      LIC FEE=$ 60.80                         $ 60.80
   I. Government Certificate of Title Fees     $ 33.00
   J. Government Vehicle Inspection Fees      $ 21.75
   K. Deputy Service Fee Paid to Dealer       $ 5.00
   L. Documentary Fee (Cargo Documental)      $ 50.00

   A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATING TO THE CLOSING OF A SALE. A DOCUMENTARY FEE MAY NOT EXCEED $50 FOR A MOTOR VEHICLE CONTRACT OR A REASONABLE AMOUNT AGREED TO BY THE PARTIES FOR A HEAVY COMMERCIAL VEHICLE CONTRACT. THIS NOTICE IS REQUIRED BY LAW.

   UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ESTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN Y LA PRESTACIÓN DE SERVICIOS EN RELACIÓN CON EL CIERRE DE UNA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER DE $50 PARA UN CONTRATO DE VEHÍCULO AUTOMOTOR O UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES PARA UN CONTRATO DE VEHÍCULO COMERCIAL PESADO. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

   M. Other Charges (Seller must identify who is paid and describe purpose.)
      to NISSAN SEC for SC 60 MO/60000 MI    $ 1430.00
      to N/A       for N/A                   $ N/A
      to N/A       for N/A                   $ N/A
      to N/A       for N/A                   $ N/A
      to N/A       for N/A                   $ N/A
      to N/A       for N/A                   $ N/A
      Total Other Charges and Amounts Paid to Others on Your Behalf  $ 1691.84 (4)

5. Amount Financed (3 + 4) ................... $31883.09 (5)

### Optional Credit Life and Credit Disability Insurance

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

☐ Credit Life, one buyer         $ N/A  Term N/A
☐ Credit Life, both buyers       $ N/A  Term N/A
☐ Credit Disability, one buyer   $ N/A  Term N/A
☐ Credit Disability, both buyers $ N/A  Term N/A

N/A
(Insurance Company)

N/A
(Home Office Address)

Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.
If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

You want the insurance indicated above.

X _____
Buyer's signature                         Date

X _____
Co-Buyer's signature                      Date

### Optional Insurance Coverages

It will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

| Coverage | Term in Months | Premium |
|---|---|---|
| GAP* | N/A | ☐$ N/A |
| N/A | N/A | ☐$ N/A |
| N/A | N/A | ☐$ N/A |

*If the vehicle is determined to be a total loss, GAP insurance will pay us the difference between the proceeds of your basic collision policy and the amount you owe on the vehicle, minus your deductible. You can cancel that insurance without charge for 10 days from the date of this contract.
If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner.

N/A
(Insurance Company)

N/A
(Home Office Address)

You want the optional coverages for which premiums are included above.

X _____
Buyer's signature                         Date

X _____
Co-Buyer's signature                      Date

**LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

### CONSUMER CREDIT COMMISSIONER NOTICE

| | | | |
|---|---|---|---|
| 2) to N/A | for N/A | $ N/A | |
| 3) N/A | for N/A | $ N/A | |
| E | Dealer's Inventory Tax (if Not Included in Cash Price) | $ 81.29 | |
| F | Sales Tax (if Not Included in Cash Price) | $ N/A | |
| G | Other Taxes (if Not Included in Cash Price) | $ N/A | |
| H | Government License and/or Registration Fees | | |
| LIC FEE=$ 60.80 | | $ 60.80 | |
| I | Government Certificate of Title Fees | $ 33.00 | |
| J | Government Vehicle Inspection Fees | $ 21.75 | |
| K | Deputy Service Fee Paid to Dealer | $ 5.00 | |
| L | Documentary Fee (Cargo Documental) | $ | |

A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATING TO THE CLOSING OF A SALE. A DOCUMENTARY FEE MAY NOT EXCEED $50 FOR A MOTOR VEHICLE CONTRACT OR A REASONABLE AMOUNT AGREED TO BY THE PARTIES FOR A HEAVY COMMERCIAL VEHICLE CONTRACT. THIS NOTICE IS REQUIRED BY LAW.

UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ÉSTE PUEDE COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN Y LA PRESTACIÓN DE SERVICIOS EN RELACIÓN CON EL CIERRE DE UNA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER DE $50 PARA UN CONTRATO DE VEHÍCULO AUTOMOTOR O UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES PARA UN CONTRATO DE VEHÍCULO COMERCIAL PESADO. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

M Other Charges (Seller must identify who is paid and describe purpose.)

| to | for | |
|---|---|---|
| NISSAN SFC | SC 60 MO/60000 MI | $ 1430.00 |
| to N/A | to N/A | $ N/A |
| to N/A | to N/A | $ N/A |
| to N/A | to N/A | $ N/A |
| to N/A | to N/A | $ N/A |
| to N/A | to N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf   $ 1691.84   (4)

5 Amount Financed (3 + 4)   $31883.09   (5)

Coverage — Term in Months — Premium
GAP*   N/A   ☐$   N/A
N/A   N/A   ☐$   N/A

*If the vehicle is determined to be a total loss, GAP insurance will pay us the difference between the proceeds of your basic collision policy and the amount you owe on the vehicle, minus your deductible. You can cancel that insurance without charge for 10 days from the date of this contract.

Texas Insurance Commissioner.

N/A
N/A (Insurance Company)
(Home Office Address)

You want the optional coverages for which premiums are

X _____
Buyer's signature                    Date
X _____
Co-Buyer's signature                 Date

LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

## CONSUMER CREDIT COMMISSIONER NOTICE

To contact NISSAN MOTOR ACCEPTANCE CORP about this account call (800)xxx-xxxx. This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar Blvd., Austin, Texas 78705-4207; (800) 538-1579; (512) 936-7600, and can be contacted relative to any inquiries or complaints.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

Any change to this contract must be in writing. Both you and we must sign it. No oral changes to this contract are enforceable.

Buyer X _(signature)_                    Co-Buyer X _____

See back for other important agreements.
CONSUMER WARNING: Notice to the buyer—Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to a copy of the contract you sign. Under the law, you have the right to pay off in advance all that you owe and under certain conditions may save a portion of the finance charge. You will keep this contract to protect your legal rights.

BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT. YOU AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW.

Buyer Signs X _(signature)_   Date 12/26/06   Co-Buyer Signs X _____   Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here N/A
Seller signs CLEAR LAKE NISSAN   Date 12/26/06   Address _____ By X _(signature)_   Title _____

THIS CONTRACT IS NOT VALID UNTIL YOU AND WE SIGN IT.

Seller assigns its interest in this contract to NISSAN MOTOR ACCEPTANCE CORP XX (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse   ☐ Assigned without recourse   ☐ Assigned with limited recourse

CLEAR LAKE NISSAN
Seller                    By _____              Title _____

| | | |
|---|---|---|
| H Government License and/or Registration Fees | $ N/A | |
| LIC FEE=$ 60.80 | $ 60.80 | |
| I Government Certificate of Title Fees | $ 33.00 | |
| J Government Vehicle Inspection Fees | $ 21.75 | |
| K Deputy Service Fee Paid to Dealer | $ 5.00 | |
| L Documentary Fee (Cargo Documental) | $ 50.00 | |

N/A   N/A  $ N/A
N/A   N/A  $ N/A

*If the vehicle is determined to be a total loss, GAP insurance will pay us the difference between the proceeds of your basic collision policy and the amount you owe on the vehicle, minus your deductible. You can cancel that insurance without charge for 10 days from the date of this contract.

If the buyer has a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner.

A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATING TO THE CLOSING OF A SALE. A DOCUMENTARY FEE MAY NOT EXCEED $50 FOR A MOTOR VEHICLE CONTRACT OR A REASONABLE AMOUNT AGREED TO BY THE PARTIES FOR A HEAVY COMMERCIAL VEHICLE CONTRACT. THIS NOTICE IS REQUIRED BY LAW.

UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ÉSTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN Y LA PRESTACIÓN DE SERVICIOS EN RELACIÓN CON EL CIERRE DE UNA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER DE $50 PARA UN CONTRATO DE VEHÍCULO AUTOMOTOR O UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES PARA UN CONTRATO DE VEHÍCULO COMERCIAL PESADO. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

N/A
N/A (Insurance Company)
(Home Office Address)

You want the optional coverages for which premiums are included above:

X _____
Buyer's signature            Date

X _____
Co-Buyer's signature         Date

LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

M Other Charges (Seller must identify who is paid and describe purpose.)

| to NISSAN SEC | for SC 60 MO/60000 MI | $ 1430.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | to N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf   $ 1691.84  (4)

5 Amount Financed (3 + 4)   $ 31883.09  (5)

## CONSUMER CREDIT COMMISSIONER NOTICE

To contact NISSAN MOTOR ACCEPTANCE CORP about this account, call (800)456-6622. This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar Blvd., Austin, Texas 78705-4207; (800) 538-1579; (512) 936-7600, and can be contacted relative to any inquiries or complaints.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

Any change to this contract must be in writing. Both you and we must sign it. No oral changes to this contract are enforceable.

Buyer X _[signature]_   Co-Buyer X _____

See back for other important agreements.

CONSUMER WARNING: Notice to the buyer—Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to a copy of the contract you sign. Under the law, you have the right to pay off in advance all that you owe and under certain conditions may save a portion of the finance charge. You will keep this contract to protect your legal rights.

BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT: YOU AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW.

Buyer Signs X _[signature]_ Date 2/26/06   Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here N/A
Seller signs CLEAR LAKE NISSAN   Date 12/26/06   Address N/A   By X _[signature]_   Title _____

THIS CONTRACT IS NOT VALID UNTIL YOU AND WE SIGN IT.

Seller assigns its interest in this contract to  NISSAN MOTOR ACCEPTANCE CORP  XX  (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☐ Assigned without recourse    ☐ Assigned with limited recourse

CLEAR LAKE NISSAN
Seller _____   By _____   Title _____

FORM NO. 553-TX-ARB 8/05  U.S. PATENT NO. D460,782
©2005 Reynolds and Reynolds  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-631-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER / TRUTH IN LENDING COPY