UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| April Scarlott | § | |
| | § | |
| *versus* | § | Civil Action 4:10−cv−04865 |
| | § | |
| Nissan North America, Inc., et al. | § | |

## Evidentiary Hearing Request Of April Scarlott

On July 1, 2011, counsel for Nissan North America, Inc. (Giovanna Tarantino Bingham and Jeffrey S. Patterson) served Plaintiff and her counsel (Noah D. Radbil, Dennis R. Kurz, and Aaron D. Radbil) with the attached motion for sanctions under Rule 11.[1]  Nissan North America's motion for sanctions requests that this Court suspend Plaintiff's counsel from the practice of law before this Court, and fine them $50,000.

Nissan North America's motion for sanctions is based upon Nissan North America's contention that no evidence supports Ms. Scarlott's summary judgment arguments, and that overwhelming evidence supports Nissan North America's summary judgment arguments.  The motion is baseless.  Because of the nature of the accusations included in Nissan North America's motion for sanctions, Plaintiff and her counsel waive the twenty-one day safe harbor period provided by Rule 11.  Plaintiff and her counsel request that upon Nissan North America's filing of the motion, the Court schedule an in-person evidentiary hearing at which counsel for Ms. Scarlott may present in open court the evidence that Nissan North America claims does not exist.

---

[1] A true and correct copy of Nissan North America's July 1, 2011, letter and attached motion is attached hereto as Exhibit A.  The motion is attached without exhibits.

Dated:  July 15, 2011.	Respectfully submitted,

WEISBERG & MEYERS, LLC

By: s/ Noah D.. Radbil
    Noah D. Radbil
    Texas Bar No. 24071015
    noah.radbil@attorneysforconsumers.com
    Aaron D. Radbil, *Pro hac vice*
    Florida Bar No. 0047117
    aradbil@attorneysforconsumers.com
    Dennis R. Kurz
    Texas Bar No. 24068183
    dkurz@attorneysforconsumer.com

    Weisberg & Meyers, LLC
    Two Allen Center
    1200 Smith Street, Sixteenth Floor
    Houston, Texas 77002
    Telephone:    (888) 595-9111
    Facsimile:     (866) 317-2674

    *Attorneys for Plaintiff* APRIL SCARLOTT

## CERTIFICATE OF SERVICE

  I certify that on July 15, 2011, the foregoing was filed through the Court's EM/ECF system and was served upon all attorneys to be noticed.

Giovanna Tarantino Bingham
Hartline Dacus et al.
6688 N Central Expressway
Ste 1000
Dallas, TX 75206
214-346-3784
Fax: 214-267-4284
Email: gtarantino@hdbdk.com

Jeffrey S Patterson
Hartline Dacus et al.
6688 N Central Expressway
Ste. 1000
Dallas, TX 75206
214-369-3701
Fax: 214-369-2118
Email: jpatterson@hdbdk.com

Leslie Wm. Adams
3900 Essex Lane, Suite 1111
Houston Texas 77027
713-728-6360
Fax: 713-728-6366
Email: LWA@lesliewmadams.com

Paul F Schuster
Locke Lord et al.
2200 Ross Ave
Ste. 2200
Dallas, TX 75201-6776
214-740-8536
Email: pschuster@lockeliddell.com

Christopher Michael Boeck
Locke Lord et al.
2200 Ross Ave
Ste. 2200
Dallas, TX 75201
214-740-8482
Email: cboeck@lockelord.com

Daniel C Pappas
Attorney at Law
4615 S W Fwy
Ste. 600
Houston, TX 77027
713-621-5222
Fax: 713-621-7094
Email: dcp@dcplaw.net