UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| April Scarlott | § | |
| | § | |
| *versus* | § | Civil Action 4:10−cv−04865 |
| | § | |
| Nissan North America, Inc., et al. | § | |

## Request for Oral Hearing on Summary Judgment and Related Motions

Ms. Scarlott respectfully requests that the Court hear oral argument concerning the following motions. It should be helpful given the volume of evidence and number of arguments.

| | | |
|---|---|---|
| 04/27/2011 | 63 | Amended MOTION for Summary Judgment by Nissan North America, Inc., filed. Motion Docket Date 5/18/2011. (Attachments: # 1 Brief in Support, # 2 Exhibit Gore Depo, # 3 Exhibit Clear Lake Records, # 4 Exhibit Scarlott Depo I, # 5 Exhibit Scarlott Depo II, # 6 Exhibit Sam Depo, # 7 Exhibit Install Instructions, # 8 Exhibit NNA Warranty, # 9 Exhibit Correspondence, # 10 Exhibit Email, # 11 Exhibit RFA, # 12 Exhibit Security Plus, # 13 Exhibit Maintenance Plus, # 14 Exhibit Weaver Depo, # 15 Exhibit Glenn Aff, # 16 Proposed Order)(Patterson, Jeffrey) (Entered: 04/27/2011) |
| 05/16/2011 | 74 | MOTION to Strike Errata Sheet of NNA's Expert, Ryan Schooley, by April Scarlott, filed. Motion Docket Date 6/6/2011. (Attachments: # 1 Exhibit Errata Sheet of Ryan Schooley, # 2 Exhibit Email Correspondence)(Radbil, Noah) (Entered: 05/16/2011) |
| 06/07/2011 | 83 | MOTION to Strike NNA's New Summary Judgment Evidence Submitted In Reply by April Scarlott, filed. Motion Docket Date 6/28/2011. (Radbil, Noah) (Entered: 06/07/2011) |
| 06/08/2011 | 84 | MOTION to Strike Impertinent and Scandalous Material From Reply Brief of NNA by April Scarlott, filed. Motion Docket Date 6/29/2011. (Radbil, Noah) (Entered: 06/08/2011) |

Dated:  September 2, 2011.

Respectfully submitted,

WEISBERG & MEYERS, LLC

By: s/ Noah D.. Radbil
Noah D. Radbil
Texas Bar No. 24071015
noah.radbil@attorneysforconsumers.com
Aaron D. Radbil, *Pro hac vice*
Florida Bar No. 0047117
aradbil@attorneysforconsumers.com
Dennis R. Kurz
Texas Bar No. 24068183
dkurz@attorneysforconsumer.com

Weisberg & Meyers, LLC
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, Texas 77002
Telephone:     (888) 595-9111
Facsimile:     (866) 317-2674

*Attorneys for Plaintiff* APRIL SCARLOTT

## CERTIFICATE OF SERVICE

      I certify that on September 2, 2011, the foregoing was filed through the Court's EM/ECF system and was served upon all attorneys to be noticed.

Giovanna Tarantino Bingham
Hartline Dacus et al.
6688 N Central Expressway
Ste 1000
Dallas, TX 75206
214-346-3784
Fax: 214-267-4284
Email: gtarantino@hdbdk.com

Jeffrey S Patterson
Hartline Dacus et al.
6688 N Central Expressway
Ste. 1000
Dallas, TX 75206
214-369-3701
Fax: 214-369-2118
Email: jpatterson@hdbdk.com

Leslie Wm. Adams
3900 Essex Lane, Suite 1111
Houston Texas 77027
713-728-6360
Fax: 713-728-6366
Email: LWA@lesliewmadams.com

Paul F Schuster
Locke Lord et al.
2200 Ross Ave
Ste. 2200
Dallas, TX 75201-6776
214-740-8536
Email: pschuster@lockeliddell.com

Christopher Michael Boeck
Locke Lord et al.
2200 Ross Ave
Ste. 2200
Dallas, TX 75201
214-740-8482
Email: cboeck@lockelord.com

Daniel C Pappas
Attorney at Law
4615 S W Fwy
Ste. 600
Houston, TX 77027
713-621-5222
Fax: 713-621-7094
Email: dcp@dcplaw.net