UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| April Scarlott § | |
| § | |
| *versus* § | Civil Action 4:10-cv-04865 |
| § | |
| Nissan North America, Inc., et al. § | |

## NISSAN NORTH AMERICA, INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR <u>ORAL HEARING ON SUMMARY JUDGMENT AND RELATED MOTIONS</u>

TO THE HONORABLE JUDGE OF SAID COURT:

      Defendant Nissan North America, Inc. ("NNA") files this Response to Plaintiff's Request for Oral Hearing on Summary Judgment and Related Motions, and would respectfully show the Court as follows:

      Plaintiff has requested oral arguments on NNA's Amended Motion for Summary Judgment (Doc. 63), Plaintiff's Motion to Strike Errata Sheet of NNA's Expert, Ryan Schooley (Doc. 74), Plaintiff's Motion to Strike NNA's New Summary Judgment Evidence (Doc. 83), and Plaintiff's Motion to Strike Impertinent and Scandalous Material from Reply Brief of NNA (Doc. 84).  The briefing and presented evidence attached to these filings are extensive. Therefore, NNA believes an oral hearing is not necessary.

      However, in addition to the motions Plaintiff referenced in her Request for Oral Hearing, NNA also requests this Court rule on NNA's Motion to Exclude the Expert Opinions of Stephen Weaver (Doc. 42), which was filed on March 9, 2011.

Respectfully submitted,

*/s/ Jeffrey S. Patterson*
**JEFFREY S. PATTERSON (Lead Counsel)**
State Bar No. 15596700
So. District Bar No. 12446
**GIOVANNA TARANTINO BINGHAM**
Texas State Bar No. 24042613
So. District Bar No. 568188
**HARTLINE DACUS BARGER DREYER LLP**
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
(214) 369-2100
(214) 369-2118

**ATTORNEYS FOR DEFENDANT
NISSAN NORTH AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system on the 9th day of September, 2011.

*/s/ Jeffrey S. Patterson*