Civil Courtroom Minutes

| | |
|---|---|
| **JUDGE** | Lynn N. Hughes |
| **CASE MANAGER** | Glenda Hassan |
| **LAW CLERK** | ☐ Kaufman   ☒ Wilder   ☐ |
| **DATE** | November 1, 2011 |
| **TIME** | 10:02 a.m. — 10:36 a.m. |
| **CIVIL ACTION** | H — 10 — 4865 |
| **STYLE** | April Scarlott *versus* Nissan North America |

**DOCKET ENTRY**

☐ Conference;  ☒ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Manley)

Dennis Kurz _____ for ☒ Ptf. # _____  ☐ Deft. # _____
Noah Radbill _____ for ☒ Ptf. # _____  ☐ Deft. # _____
Jeff Patterson _____ for ☐ Ptf. # _____  ☒ Deft. # _____
_____ for ☐ Ptf. # _____  ☐ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.
☒ **Evidence taken** [exhibits or testimony].
☒ Argument heard on: ☐ all pending motions;  ☒ these topics:
Show cause for Dennis Kurz on why he should not be struck from the cases in this court.

☐ Motions taken under advisement: _____
☒ Order to be entered.
☒ Internal review set: November 29, 2011
☐ Rulings orally rendered on: _____