| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

April Scarlott, §
§
      Plaintiff, §
§
versus §     Civil Action H-10-4865
§
Nissan North America, Inc., et al., §
§
      Defendants. §

## Order

Dennis R. Kurz may not appear as counsel for April Scarlott.

Signed on November 1, 2011, at Houston, Texas.

 

Lynn N. Hughes
United States District Judge