| | | |
|---|---|---|
| April Scarlott, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-10-4865 |
| | § | |
| Nissan North America, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## Management Order

1.  Scarlott's motion for a hearing on the motions for summary judgment and the motions to strike is denied. (96)

2.  Scarlott's motion for leave to reply to Nissan's response to her motion to compel is denied. (98)

Signed on November 23, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge