# Giovanna Tarantino Bingham

| | |
|---|---|
| **From:** | Susan Landgraf <slandgraf@attorneysforconsumers.com> |
| **Sent:** | Thursday, February 11, 2010 11:16 AM |
| **To:** | Giovanna C Tarantino |
| **Subject:** | RE: Scarlott v. NNA |

see answers below. I will talk to you at 2pm.

Susan Landgraf
Weisberg & Meyers
888 595 9111 ext 116
866 317 2674 facsimile
WMLawAttorneysForConsumers.com

*Licensed in Texas

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**

The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

---

**From:** Giovanna C Tarantino [mailto:gtarantino@hdbdk.com]
**Sent:** Wednesday, February 10, 2010 12:55 PM
**To:** Susan Landgraf
**Subject:** RE: Scarlott v. NNA

Who manufactured the rearview mirror?  She doesn't know. Nissan had it ordered and installed through their factory authorized dealer.  Can you please check with your client?  Also, please advise us as to how long she kept her car battery plugged into a charger. 9 months Does she still do this? if needed. Hasn't had to do it since December.

Homelink is a system (like a garage system).  Homelink did not manufacture the mirror.  I spoke with Sam at Hurricane Glass in South Houston regarding installation of and manufacture of the mirror.  His number is 281-487-6438.  The problem is not with the installation, but instead with the mirror itself.

I plan on contacting my client this afternoon to tell her what I have learned today. I will keep you updated.

**From:** Susan Landgraf [mailto:slandgraf@attorneysforconsumers.com]
**Sent:** Wednesday, February 10, 2010 12:11 PM
**To:** Giovanna C Tarantino
**Subject:** RE: Scarlott v. NNA

Please advise who at Homelink you are speaking to as that isn't a privileged communication and we'd like to do the same. Thanks,


**Susan Landgraf**
**Weisberg & Meyers**
888 595 9111 ext 116
866 317 2674 facsimile
WMLawAttorneysForConsumers.com

*Licensed in Texas

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**

The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Giovanna C Tarantino [mailto:gtarantino@hdbdk.com]
**Sent:** Wednesday, February 10, 2010 10:46 AM
**To:** Susan Landgraf
**Subject:** Scarlott v. NNA

Susan,

At this time, NNA withdraws its settlement offer.  We believe the battery problems may have been caused by the aftermarket mirror installed in the vehicle by Homelink.  I am in the process of contacting Homelink to further discuss.


Giovanna Tarantino Bingham
**Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.**
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
Direct Dial:  214-346-3784
Direct Fax:  214-267-4284