| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| April Scarlott | § | |
| | § | |
| *versus* | § | Civil Action 4:10-cv-04865 |
| | § | |
| Nissan North America, Inc., et al. | § | |

**ORDER GRANTING DEFENDANT NISSAN NORTH AMERICA, INC.'S MOTION TO SUPPLEMENT THE COURT'S RECORD**

On this day came on to be heard Nissan North America, Inc.'s Motion to Supplement the Court's Record. The Court, having considered Nissan North America, Inc.'s Motion, and Plaintiff's Response, if any, finds that Nissan North America, Inc.'s Motion to Supplement the Court's Record is well taken and should, in all things, be **GRANTED**.

It is **THEREFORE ORDERED, ADJUDGED AND DECREED** that Nissan North America, Inc.'s Motion to Supplement the Court's Record is hereby **GRANTED,** and the Clerk be directed to accept for filing the electronic correspondence between Plaintiff's counsel and counsel for Defendant Nissan North America, Inc.

SIGNED this _____ day of _____, 20___.

_____
**JUDGE PRESIDING**