UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| April Scarlott, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-10-4865 |
| Nissan North America, Inc., et al., | § § § | |
| Defendants. | § | |

# Order

1. The clerk will strike and remove from the record the motion by Nissan North America, Inc., to amend the judgment (docket 123) and the bill of costs (docket 122).

2. By September 27, 2013, Nissan may move for fees and costs without the objectionable sections.

Signed on September 24, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge