| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

April Scarlott            §
                          §
*versus*                  §        Civil Action 4:10−cv−04865
                          §
Nissan North America, Inc., *et al.*    §

### PLAINTIFF APRIL SCARLOTT'S NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Plaintiff April Scarlott hereby enters the appearance of Marshall S. Meyers, WEISBERG & MEYERS, LLC, as co-counsel of record.

Respectfully Submitted,
Weisberg and Meyers, LLC

By: /s/ Marshall S. Meyers
Marshall S. Meyers
Arizona Bar No. 020584
Southern District Bar No. 928769
5025 N. Central Ave., #602
mmeyers@attorneysforconsumers.com
WEISBERG & MEYERS, LLC
Phoenix, AZ 85012
Telephone:  (888) 595-9111
Facsimile:   (866) 565-1327
*Attorneys for Plaintiff* APRIL SCARLOTT

### CERTIFICATE OF SERVICE

I certify that on October 11, 2013, the foregoing was filed through the Court's CM/ECF system and was served upon all attorneys of record.

s/Russell S. Thompson IV
Russell S. Thompson IV