| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| April Scarlott | § | |
| | § | |
| *versus* | § | Civil Action 4:10−cv−04865 |
| | § | |
| Nissan North America, Inc., *et al.* | § | |

**PLAINTIFF APRIL SCARLOTT'S NOTICE OF COURT'S RECEIPT OF CASH BOND**

TAKE NOTICE that Plaintiff and her counsel delivered a cash bond in the amount of $180,160.48 via FedEx (Tracking #804167884358) to this Court on November 12, 2013. Plaintiff and her counsel submitted this bond in support of Plaintiff's Motion to Approve Bond and Stay Execution Pending Appeal to the Fifth Circuit. Doc. 154.

Plaintiff and her counsel believe this bond makes it unnecessary for Defendants to execute on any judgment in this case and, further, ask that this Court not grant any writ of execution or garnishment against their assets while the motion is pending.

DATED: November 13, 2013.

        Respectfully submitted,

        WEISBERG & MEYERS, LLC

    By: s/ Aaron D. Radbil
        Aaron D. Radbil (*pro hac vice*)
        5025 N. Central Ave., #602
        Phoenix, AZ 85012
        Telephone:   (888) 595-9111
        Facsimile:    (866) 317-2674
        aradbil@attorneysforconsumers.com

        *Attorneys for Plaintiff* APRIL SCARLOTT

## CERTIFICATE OF SERVICE

I certify that on November 13, 2013, the foregoing was filed through the Court's EM/ECF system and was served upon all attorneys of record.

Giovanna Tarantino Bingham
Hartline Dacus et al.
6688 N Central Expressway
Ste 1000
Dallas, TX 75206
214-346-3784
Fax: 214-267-4284
Email: gtarantino@hdbdk.com

Jeffrey S Patterson
Hartline Dacus et al.
6688 N Central Expressway
Ste. 1000
Dallas, TX 75206
214-369-3701
Fax: 214-369-2118
Email: jpatterson@hdbdk.com

Leslie Wm. Adams
3900 Essex Lane, Suite 1111
Houston Texas 77027
713-728-6360
Fax: 713-728-6366
Email: LWA@lesliewmadams.com

Paul F Schuster
Locke Lord et al.
2200 Ross Ave
Ste. 2200
Dallas, TX 75201-6776
214-740-8536
Email: pschuster@lockeliddell.com

Christopher Michael Boeck
Locke Lord et al.
2200 Ross Ave
Ste. 2200
Dallas, TX 75201
214-740-8482
Email: cboeck@lockelord.com

Daniel C Pappas
Attorney at Law
4615 S W Fwy
Ste. 600
Houston, TX 77027
713-621-5222
Fax: 713-621-7094
Email: dcp@dcplaw.net

By: /s/ David McDevitt
     David McDevitt