# Weisberg & Meyers, LLC
## Attorneys for Consumers
### www.AttorneysForConsumers.com
5025 North Central Ave, #602
Phoenix, Arizona 85012
Toll Free Nationwide 1-888-595-9111
866-577-0963 Facsimile

extension: 122
E-mail: ARadbil@AttorneysForConsumers.com

Writer licensed in:
Florida, Illinois

November 26, 2013

United States District Courthouse
515 Rusk Ave.
Houston, Texas 77002

*Re*: No. 13-20528, April Scarlott v. Nissan North America, Inc., et al
    USDC No. 4:10-CV-4865

Dear Court Clerk:

Please consider this letter a formal request for the complete district court record. We require the record to prepare Ms. Scarlott's opening brief to the United States Fifth Circuit Court of Appeals.

Please contact my assistant, Michael Aeed, at (888) 595-9111, ext. 232 if necessary, and/or to arrange delivery information. Thank you in advance for your attention to this matter.


Best regards,

/s/ Aaron Radbil
Aaron Radbil
Attorney at Law