| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| April Scarlott | § | |
| | § | |
| *versus* | § | Civil Action 4:10−cv−04865 |
| | § | |
| Nissan North America, Inc., *et al.* | § | |

## NOTICE OF CHANGE IN FIRM AFFILIATION

Weisberg & Meyers, LLC ("W&M"), and Aaron D. Radbil, give notice that as of November 26, 2013 Mr. Radbil will no longer be affiliated with W&M. He will, instead, be affiliated with Greenwald Davidson PLLC. Mr. Radbil's new contact information is:

>   Aaron D. Radbil
>   Greenwald Davidson PLLC
>   5550 Glades Road, Suite 500
>   Boca Raton, Florida33431
>   Phone: (561) 826-5477
>   aradbil@mgjdlaw.com

>   Respectfully submitted,

>   /s/Aaron D. Radbil
>   Aaron D. Radbil
>   Weisberg & Meyers, LLC
>   5025 N. Central Ave., #656
>   Phoenix, AZ 85012
>   Telephone: 786.245.8622
>   Fax: 866.577.0963
>   aradbil@attorneysforconsumers.com

## **CERTIFICATE OF SERVICE**

I certify that on November 26, 2013, the foregoing was filed through the Court's EM/ECF system and was served upon all attorneys of record.

Giovanna Tarantino Bingham
Hartline Dacus et al.
6688 N Central Expressway
Ste 1000
Dallas, TX 75206
214-346-3784
Fax: 214-267-4284
Email: gtarantino@hdbdk.com

Jeffrey S Patterson
Hartline Dacus et al.
6688 N Central Expressway
Ste. 1000
Dallas, TX 75206
214-369-3701
Fax: 214-369-2118
Email: jpatterson@hdbdk.com

Leslie Wm. Adams
3900 Essex Lane, Suite 1111
Houston Texas 77027
713-728-6360
Fax: 713-728-6366
Email: LWA@lesliewmadams.com

s/Aaron D. Radbil
Aaron Radbil