| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

April Scarlott, §
§
    Plaintiff, §
§
versus § Civil Action H-10-4865
§
Nissan North America, Inc., et al., §
§
    Defendants. §

## Supersedeas Bond

On April Scarlott's unopposed motion, she may deposit $180,166.48 in the registry of the court to stay the judgment pending the appeal. (154)

Signed on November 27, 2013, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge