# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# OFFICE OF THE CLERK

**MICHAEL N. MILBY**  **POST OFFICE BOX 61010**
**CLERK**  **HOUSTON, TX 77208**

**March 6, 2014**

        IN RE: Scarlott v. Nissan North
         District Court No. 4:10cv4865
         Circuit Court No.: 13-20528

To Whom It May Concern:

Enclosed is a CD containing the original electronic record for the above referenced Notice of Appeal. Prepare your brief regarding this appeal using this copy of the paginated record.

Very Truly Yours,
David Bradley  Clerk

   H Lerma
Deputy Clerk