UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

April Scarlott, §
 §
　　　Plaintiff, §
 §
versus § Civil Action H-10-4865
 §
Nissan North America, Inc., et al., §
 §
　　　Defendants. §

## Order on Remand

1. This case is remanded to the 281st District Court of Texas, Harris County.

2. The court retains jurisdiction over sanctions for the attorneys' conduct in this court.

Signed on January 22, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge