| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| April Scarlott | § | |
| | § | |
| *versus* | § | Civil Action 4:10−cv−04865 |
| | § | |
| Nissan North America, Inc., *et al*. | § | |

### UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT NISSAN NORTH AMERICA, INC.'S AMENDED MOTION FOR SANCTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT,** Plaintiff April Scarlott, through her respective attorney, hereby files this unopposed motion to extend time for Weisberg and Meyers LLC and Plaintiff to respond to Defendant Nissan North America, Inc.'s Amended Motion for Sanctions by twenty-one (21) days.  Plaintiff has conferred with counsel for Defendant Nissan North America, Inc., who does not oppose an extension from February 11, 2015 to March 4, 2015.

Dated February 5, 2015

Respectfully submitted,

/s/Marshall Meyers
Marshall Meyers
Arizona Bar No. 020584
Southern District Bar No. 928769
Weisberg and Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012
Telephone:  (888) 595-9111
Facsimile:   (866) 565-1327
mmeyers@attorneysforconsumers.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I certify on February 5, 2015, I filed the foregoing Unopposed Motion to Extend Time to Respond to Defendant Nissan North America, Inc.'s Amended Motion for Sanctions with the

Clerk for the Southern District of Texas using the CM/ECF system which sent notification of the same to all counsel of record.

/s/Marshall Meyers
Marshall Meyers