IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APRIL SCARLOTT | § | |
| | § | CIVIL ACTION NO. 4:10-CV-04865 |
| V. | § | |
| | § | |
| NISSAN NORTH AMERICA, INC., ET. AL. | § | |

**AGREEMENT REGARDING DEADLINE FOR OPPOSITION TO AMENDED MOTION FOR SANCTIONS**

Dear Mr. Patterson:

Your signature below confirms our agreement that, pursuant to Rule 5(c) of Judge Hughes' personal procedures:

1. Noah D. Radbil's deadline for responding to Nissan North America Inc.'s Amended Motion for Sanctions is March 4, 2015, consistent with the deadline set by the Court for the opposition of Plaintiff April Scarlott (Doc. #181).

Respectfully submitted,

Raffi Melkonian
melkonian@wrightclose.com
State Bar No. 24090587
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
***Attorneys for Noah D. Radbil***

AGREED:

/s/ *Jeffrey S. Patterson*
Attorneys for Defendant
Nissan North America, Inc.